IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS
CIVIL DIVISION
DIVISION \\\

DELORES J. EWING
AND KENNETH R. EWING                                                    PLAINTIFF

VS.                              CASE NO. 26 CV 2016-

KOHL'S DEPARTMENT STORE, INC. (#1030)                    DEFENDANT

## SUMMONS
## THE STATE OF ARKANSAS TO DEFENDANT:
KOHL'S DEPARTMENT STORE, INC. (#1030)
C/O Corporate Creations Network, Inc., 609 SW 8th St., #600, Bentonville, AR 72712.

A lawsuit has been filed against you.  The relief demanded is stated in the attached
Petition.  Within 30 days after service of this summons on you (not counting the day you
received it)---or 60 days if you are incarcerated in any jail, penitentiary, or other
correctional facility in Arkansas---you must file with the clerk of this court a written
answer to the Petition or a motion  under Rule 12 of the Arkansas Rules of Civil
Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose
name and address are: **Janie Evins, 432 Ouachita Avenue, Ste. B, Hot Springs, AR
71901.**

If you fail to respond within the applicable time period, judgment by default may be
entered against you for the relief demanded in the complaint.

Additional Notice:

_____
Date

Address of Clerk's Office:
Jeannie Pike
Garland County Circuit Clerk
Garland County Courthouse
501 Ouachita Avenue
Hot Springs, AR 71901

_____
[Signature of Clerk or Deputy Clerk]

*Effective July 1, 2012*

EXHIBIT
1

No. _____ This summons is for _____ *(name of Defendant)*.

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at
_____[place] on
_____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by
_____ after he/she refused to receive it when I offered
it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place
of abode at _____[address] with
_____[name], a person at least 14 years of age who resides
there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of
individual], an agent authorized by appointment or by law to receive service of
summons on behalf of _____[name of defendant] on
_____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I
served the summons and complaint on the defendant by certified mail, return
receipt requested, restricted delivery, as shown by the attached signed return
receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I
mailed a copy of the summons and complaint by first-class mail to the defendant
together with two copies of a notice and acknowledgment and received the
attached notice and acknowledgment form within twenty days after the date of
mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

☐ _____

My fee is $ _____.

No. _____

*Effective July 1, 2012*

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____        SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____ By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

*Effective July 1, 2012*

FILED
2016 FEB 25   AM 10 06

JE~~~~IKE
CARLAND'S CIRCUIT CLERK
BY____

## IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS
### CIVIL DIVISION
### DIVISION III

DELORES J. EWING and
KENNETH R. EWING                                          **PLAINTIFFS**

VS.                        CASE NO. 26 CV-2016-____

KOHL'S DEPARTMENT STORE, INC. (#1030)                    **DEFENDANT**


### COMPLAINT AT LAW

Come now the Plaintiffs, DELORES J. EWING and KENNETH R. EWING,

by and through their counsel, Janie M. Evins, and for their cause of action

against the KOHL'S DEPARTMENT STORE, INC. (#1030), hereinafter referred

to as the Defendant, states as follows:

1. That the Plaintiffs are now, and at all times relevant hereto have been a

resident of the State of Arkansas. At all times relevant hereto, the Plaintiffs have

resided at 30 Herencia Circle, Hot Springs Village, Garland County, Arkansas.

2. That, at all times relevant hereto, the Defendant Kohl's Department Store,

Inc. (#1030) was a retail department store, doing business in Bryant, Saline

County, Arkansas. Its registered agent for service of process is Corporate

Creations Network, Inc., 609 SW 8th St., #600, Bentonville, AR 72712.

3.  That this action is brought by the Plaintiff, Delores J. Ewing, seeking recovery for personal injuries, pain and suffering, and past and future medical expenses sustained and incurred as a result of a fall which occurred at the Defendant's place of business in Arkansas.

4.  Further, the Plaintiff, Kenneth R. Ewing, brings this action seeking damages for loss of consortium since his spouse, Delores J. Ewing, is unable to provide him with the same love, affection, companionship, comfort and society that were provided by his spouse before her injuries.  She has been confined to the use of a walker, can no longer walk without assistance, can no longer cook, shop, clean the home, or do any other household activities.

5.  That the physical injuries sustained by Ms. Ewing were sustained on or about November 1, 2013, when the Plaintiff, as a business invitee of the Defendant, was shopping in the Defendant's retail Store, Inc. (#1030).

6.  That this Court has jurisdiction over this matter pursuant to Ark. Code Ann. Section 16-13-201. Venue is properly before this Court pursuant to Ark. Code Ann. Section 16-60-112.

7.  This Court has jurisdiction over the parties and the subject matter hereto and venue is proper in this Court.

8.  That, as a result of the Plaintiff's fall, proximately caused by the negligence and carelessness of the Defendant and its employees, the Plaintiff has suffered serious and severe personal injuries to her tailbone, hip, back, head, shoulders, neck and body as a whole and permanent bodily impairment.

9. That, due to the negligence and carelessness of the Defendant, the Plaintiff has suffered partial disability from her injuries, was forced to undergo extensive medical treatment and extended hospitalization, and continues to suffer from the injuries sustained.

10. That the Defendant, Kohl's Department Store, Inc. (#1030) breached its duty owed to Ms. Ewing, and such breach of duty was the proximate cause of the injuries sustained by the Plaintiff. Specifically,

    a. That the Defendant owed a duty to Ms. Ewing and all of its customers to maintain its store in a reasonably safe condition.

    b. That the Defendant owed a duty to Ms. Ewing and all of its customers to use ordinary care for the safety of the business invitees on its premises.

    c. That the Defendant breached its duty to Ms. Ewing by failing to keep the aisles of its store free of hazards.

    d. Specifically, the Defendant breached its duty to Ms. Ewing by failing to properly stabilize a display cabinet, causing the cabinet to roll, which in turn caused the Plaintiff to fall and land on her tail bone.

    e. Additionally, the Defendant's employees were aware of the hazard created by the display cabinet and failed to correct the dangerous situation created by this hazard.

11. That Ms. Ewing was not contributorily negligent in any way. The display cabinet was entirely within the control and management of the Defendant.

3

12. That the Defendant knew, or should have known, in light of surrounding circumstances, that its conduct in failing to maintain its premises in a safe manner and failing to warn customers of dangerous situations with display cabinets would naturally and probably result in injury or damage to Ms. Ewing and yet continued this court of conduct with malice or in reckless disregard of the consequences from which malice may be inferred.

13. Thus, the Defendant's breach of duty was the proximate cause of the damages sustained by Delores J. Ewing and the proximate cause of the loss of consortium damages sustained by Kenneth R. Ewing.

14. The Plaintiffs are entitled to judgment against the Defendant in an amount to be determined by a jury at a trial of this matter.

15. That the Defendant Kohl's Department Store, Inc. (#1030) is responsible for the medical debts, costs of travel for medical treatments, prescription medication, pain and suffering, and all other damages sustained by the Plaintiff Delores J. Ewing and for a reasonable amount for loss of consortium of Kenneth R. Ewing herein.

16. That Plaintiffs place the Defendant on notice that a jury trial is requested.

17. That Plaintiffs reserve the right to plead further herein.

**WHEREFORE,** Plaintiffs pray that they recover judgment against the Defendant for pain and suffering, for past and future medical expenses, for costs of travel for medical treatments and for costs of prescription medication and for loss of consortium, with said damages in the sum of at least Five Hundred

Thousand Dollars ($500,000.00), together with costs and attorney fees and all other relief to which Plaintiffs may be entitled.

RESPECTFULLY SUBMITTED,

DELORES J. EWING and KENNETH R. EWING, PLAINTIFFS

By:

Janie M. Evins   AR Bar 92068
Attorney at Law
432 Ouachita Ave, Ste. B
Hot Springs, AR 71901-5129
Phone: (501) 624-5473
Fax: 501) 624-5474
janieevins@yahoo.com

5

FILED

2016 APR 14  PM 2 57

CLERK

## IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS
## CIVIL DIVISION
## DIVISION IV

**DELORES J. EWING AND**
**KENNETH R. EWING**                                    **PLAINTIFFS**

**VS.**                    **CASE NO. 26 CV 2016-183 - IV**

**KOHL'S DEPARTMENT STORE, INC. (#1030)**            **DEFENDANT**


### AFFIDAVIT FOR ISSUANCE OF WARNING ORDER


**STATE OF ARKANSAS . }**
                            **}ss**
**COUNTY OF GARLAND }**

Comes now Janie Evins, Counsel for DELORES J. EWING and

KENNETH R. EWING, Plaintiffs, and for the Affidavit for Warning Order to Issue,

states under oath as follows:

1.  I am Janie Evins, counsel for the Plaintiffs, DELORES J. EWING and

    KENNETH R. EWING, in the above captioned action pending before

    this Court.

2. Service on the Defendant, Kohl's Department Stores, Inc. (#1030) has been attempted by certified mail to the Defendant's registered agent for service of process on file with the Arkansas Secretary of State at the following address:  Corporate Creations Network, Inc., 609 SW 8th Street, #600, Bentonville, AR 72712.

3. The certified letter to the Defendant (USPS #7010 1870 0000 6200 2435) mailed from Hot Springs, AR on March 11, 2016, was returned to the Plaintiff on or about April 1, 2016, and marked "unclaimed" by the U.S. Postal Service. (See attached Exhibit A)

4. Plaintiff's counsel conferred with the Arkansas Secretary of State's Corporation Division on April 5, 2016 regarding a potential change in the Defendant's registered agent for service of process.  No other information or address has been provided to amend the registered agent for service of process with the Secretary of State.  (See attached Exhibit B)

5. It is necessary for a warning order to be issued by the clerk for publication weekly for two consecutive weeks in a newspaper having general circulation in Garland County, Arkansas, pursuant to the procedure set forth in the Arkansas Rules of Civil Procedure Rule 4(f)(1).


FURTHER THE AFFIANT SAYETH NOT.

Janie M. Evins
Attorney at Law
432 Ouachita Avenue, Suite B
Hot Springs, AR 71901


## ACKNOWLEDGEMENT

STATE OF ARKANSAS }
　　　　　　　　　　}SS
COUNTY OF GARLAND}

　　　On this date there personally appeared before me, a Notary Public, duly commissioned and acting in and for the State and County aforesaid, the above named Janie Evins, the person who signed the foregoing affidavit, and stated that she had executed the same for the consideration and purposes therein mentioned and set forth.

　　WITNESS my hand and seal as such Notary Public on this 8th day of April, 2016.

_____
Notary Public


My Commission Expires: July 1, 2023

DOROTHY DAVIS MINOR
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires July 01, 2023
Commission No. 12394194



■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Kohls Department Store
C/o Corporate Creations
Network, Inc.
609 SW 8th St #600
Centonville AR 72712

9590 9403 0851 5183 8086 84

2. Article Number (Transfer from service label)
7010 1870 0000 6200 2435

PS Form 3811, April 2015 PSN 7530-02-000-9053

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:            ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
    sured Mail Restricted Delivery
    (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Janie Evins, Attorney at Law
192 Ouachita Avenue, Ste. B
Hot Springs, AR 79901

7010 1870 0000 6200 2435

UNCLAIMED

UNCLAIMED

C/o Corporate Creations Network
Kohls Department Store, Inc
609 SW 8th St. #600
72712

C.7
3-24
3-30
3.5
N/W

U.S. POSTAGE
$7.67
HOT SPRINGS NATIONAL PARK, A
MAY 10, 16
AMOUNT
R2304E1257BD-07

72712

1000

**EXHIBIT A**



# ARKANSAS
# SECRETARY OF STATE
*Mark Martin*

*Search Incorporations, Cooperatives, Banks and Insurance Companies*

Printer Friendly Version
**LLC Member Information is now confidential per Act 865 of 2007**

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | KOHL'S DEPARTMENT STORES, INC. |
| Fictitious Names | |
| Filing # | 100161403 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | CORPORATE CREATIONS NETWORK INC. |
| Agent Address | 609 SW 8TH STREET #600 |
| | BENTONVILLE, AR 72712 |
| Date Filed | 07/27/1998 |
| Officers | SEE FILE, Incorporator/Organizer |
| | KEVIN MANSELL , President |
| | RICHARD SCHEPP , Secretary |
| | MICHELLE GASS , Vice-President |
| | WESLEY MCDONALD , Treasurer |
| Foreign Name | N/A |
| Foreign Address | N56 W17000 RIDGEWOOD DRIVE |
| | MENOMONEE FALLS, 53051 |
| State of Origin | DE |

**Purchase a Certificate of Good Standing for this Entity**    **Pay Franchise Tax for this corporation**

# EXHIBIT B

**IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS**
**CIVIL DIVISION**
**DIVISION IV**

**DELORES J. EWING AND**
**KENNETH R. EWING**                                                    **PLAINTIFFS**

**VS.**                                **CASE NO. 26 DR 2015-1013**

**KOHL'S DEPARTMENT STORE, INC. (#1030)**                      **DEFENDANT**

## WARNING ORDER

TO:  Defendant, Kohl's Department Store, Inc. (#1030)

You, the Defendant, Kohl's Department Store, Inc., (#1030) are hereby given notice that a Complaint has been filed against you in the Garland County Circuit Court, Civil Division. You are hereby warned to appear within 30 days of the first publication date of this notice or face default judgment herein.  In the event that you fail to appear, you shall be barred from asserting your interest.

This notice first published the _____ day of _____, 2016.

Delores J. Ewing and Kenneth R. Ewing,
Plaintiffs
Janie M. Evins, Attorney at Law
432 Ouachita Avenue
Suite B
Hot Springs, AR 71901

APR 1 8 2016

FILED

2016 MAY  9  AM 10 09

JEAN ___
CARLAND ___

BY ___

**IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS**
**CIVIL DIVISION**
**DIVISION IV**

**DELORES J. EWING AND**
**KENNETH R. EWING**                                    **PLAINTIFFS**

**VS.**                    **CASE NO. 26 CV 2016-183 - IV**

**KOHL'S DEPARTMENT STORE, INC. (#1030)**            **DEFENDANT**


### PROOF OF SERVICE BY CERTIFIED MAIL


Comes now DELORES J. EWING and KENNETH R. EWING, Plaintiffs, by

and through their attorney, Janie Evins, and for their Proof of Service by Certified

Mail, state:

1.  Service on the Defendant, Kohl's Department Stores, Inc. (#1030) has

    been completed by certified mail to the Defendant's registered agent

    for service of process on file with the Arkansas Secretary of State at

    the following address:  Corporate Creations Network, Inc., 609 SW 8th

    Street, #600, Bentonville, AR 72712.

2.  The certified letter to the Defendant (USPS #7010 1870 0000 6200

    0370) mailed from Hot Springs, AR on or about April 14, 2016 was

received in the offices of the registered agent on April 18, 2106.  (See

attached receipt for certified mail delivery.)

RESPECTFULLY SUBMITTED,

DELORES J. EWING and KENNETH R.
EWING, PLAINTIFFS

By:

Janie M. Evins    AR Bar 92068
Attorney at Law
432 Ouachita Ave, Ste. B
Hot Springs, AR 71901-5129
Phone: (501) 624-5473
Fax: 501) 624-5474

## CERTIFICATE OF SERVICE

I, Janie M. Evins, do hereby certify that a true and accurate copy of the
foregoing document has been provided to the registered agent for the opposing
party as named below, by U.S. Mail with sufficient postage affixed to insure
delivery on this _9th_ day of May, 2016:

Corporate Creations Network, Inc.
609 S.W. 8th St.
Suite 600
Bentonville, AR 72712

Janie M. Evins

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporate Creations N_____, Inc.
609 S.W. 8th St. #600
Bentonville, AR 72712

A. Signature

X _Sue Carey_                    ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

_Sue Carey_                      4/18/16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

9590 9403 0651 5163 8037 14

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7010 1670 0000 6200 0370

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

_Exhibit A_

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS F I L E D
DIVISION IV

2016 MAY 13   AM 1:06

DELORES J. EWING AND                                    PLAINTIFFS
KENNETH R. EWING

VS.                          NO. 26CV2016-183

KOHL'S DEPARTMENT                                       DEFENDANT
STORES, INC.

## DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT

Comes now Defendant Kohl's Department Stores, Inc., by and through its attorneys, Friday, Eldredge & Clark, LLP, and for its Answer to Plaintiffs' Complaint, states the following:

1.     Defendant has insufficient information to either admit or deny the allegations contained in Paragraph 1 of the Complaint. Therefore, those allegations are denied.

2.     In response to Paragraph 2, Defendant admits that it operates a retail department store in Saline County, Arkansas. Defendant has insufficient information to either admit or deny the remaining allegations contained in Paragraph 2. Therefore, those allegations are denied. Additionally, Defendant avers that it is a Delaware corporation with its principal place of business in Wisconsin.

3.     In response to Paragraph 3 of the Complaint, Defendant acknowledges that Plaintiffs seek recovery for certain alleged damages, but Defendant denies any such liability for them. Therefore, Defendant denies the remaining allegations contained in Paragraph 3 of the Complaint.

4.     In response to Paragraph 4 of the Complaint, Defendant acknowledges that Plaintiffs seek recovery for certain alleged damages, but Defendant denies any such liability for

them.  Therefore, Defendant denies the remaining allegations contained in Paragraph 4 of the Complaint.

5.      Defendant has insufficient information to either admit or deny the allegations contained in Paragraph 5 of the Complaint.  Therefore, those allegations are denied.

6.      Defendant has insufficient information to either admit or deny the allegations contained in Paragraph 6 of the Complaint.  Therefore, those allegations are denied.

7.      Defendant has insufficient information to either admit or deny the allegations contained in Paragraph 7 of the Complaint.  Therefore, those allegations are denied.

8.      Defendant denies the allegations contained in Paragraph 8 of the Complaint.

9.      Defendant denies the allegations contained in Paragraph 9 of the Complaint.

10.     Defendant denies the allegations contained in Paragraph 10 of the Complaint, including all subparagraphs.

11.     Defendant denies the allegations contained in Paragraph 11 of the Complaint.

12.     Defendant denies the allegations contained in Paragraph 12 of the Complaint.

13.     Defendant denies the allegations contained in Paragraph 13 of the Complaint.

14.     Defendant denies the allegations contained in Paragraph 14 of the Complaint.

15.     Defendant denies the allegations contained in Paragraph 15 of the Complaint.

16.     In response to the Plaintiffs' request for a jury trial in Paragraph 16 of the Complaint, Defendant also requests a jury trial on all issues.

17.     Paragraph 17 of the Complaint makes no factual allegations to which a response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 17 of the Complaint.

18.    Defendant denies the allegations contained in the "WHEREFORE" Paragraph of the Complaint.

19.    All allegations of the Complaint not specifically admitted herein are both generally and specifically denied.

20.    Pleading affirmatively, any damages sustained by the Plaintiffs are a result of their own negligence or fault or the negligence or fault of others for whom this Defendant is not legally responsible.

21.    Pleading affirmatively, Defendant asserts the defenses in Arkansas Rule of Civil Procedure 12(b)(4), (5), and (8).

WHEREFORE, Defendant Kohl's Department Stores, Inc. respectfully requests that the Court enter judgment in its favor, dismiss Plaintiffs' Complaint with prejudice, award it its costs, and all other relief to which it is entitled.

Respectfully submitted,

Martin A. Kasten
Arkansas Bar No. 99100
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
(501) 370-1456 - Telephone
(501) 244-5330 - Facsimile
mkasten@fridayfirm.com - Email

Attorneys for Defendant Kohl's Department Stores, Inc.

By: *Kathy McCarroll* for
AR BAR          Martin A. Kasten
NO. 2014191

3

## CERTIFICATE OF SERVICE

     I, Martin A. Kasten, hereby certify that a copy of the foregoing has been served upon the following counsel of record on this 10 day of May, 2016:

Janie Evins
Attorney at Law
432 Ouachita Avenue, Suite B
Hot Springs, AR 71901

                                          *Kathy McCarroll* for
                                             Martin A. Kasten