IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DELORES J. EWING and KENNETH R. EWING                                              PLAINTIFFS

v.                                    Case No. 6:16-CV-06048

KOHL'S DEPARTMENT STORES, INC.                                                      DEFENDANT

## JUDGMENT

Pursuant to the opinion and order entered in this case on February 24, 2017, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 24th day of February, 2017.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE